IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA ETHERIDGE,
    Plaintiff,

vs.                              CASE NO.: 3:04cv355/MCR/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
                                        /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 19, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The Commissioner's decision is REVERSED and she is ordered to compute and pay benefits on the two applications appealed herein and judgment is entered in favor of plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 30th day of September, 2005.

                                  _s/ M. Casey Rodgers_
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**